UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GILLIES, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FERGUSON FIRE & FABRICATION, INC., a California corporation; FERGUSON ENTERPRISES, INC., a Virginia corporation; FERGUSON ENTERPRISES, LLC, a Virginia limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants | Case No.: 2:23-CV-02832-KJM-KJN<br><br>**ORDER GRANTING STIPULATION TO DISMISS CLASS CLAIMS WITHOUT PREJUDICE; SUBMIT PLAINTIFF'S INDIVIDUAL CLAIMS TO ARBTIRATION; AND TO STAY COURT ACTION PENDING ARBITRATION** |

**ORDER**

Having reviewed and considered the Stipulation to Dismiss Class Claims Without Prejudice; Submit Plaintiff's Individual Claims to Arbitration; and to Stay Court Action Pending Arbitration, submitted by Plaintiff Brian Gillies and Defendants Ferguson Fire & Fabrication, Inc., Ferguson Enterprises, Inc., and Ferguson Enterprises, LLC, and good cause appearing for approval of the same, IT IS HEREBY ORDERED that:

1. Plaintiff's class action claims are dismissed without prejudice, Plaintiff's individual claims shall be submitted to arbitration and the court action be stayed pending the outcome of arbitration.

**IT IS SO ORDERED.**

DATED: April 2, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE